**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| WAYNE EAST,<br>TDCJ-ID No. 888275,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES EIDSON,<br>Taylor County District Attorney,<br><br>        Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL ACTION NO.<br>1:15-CV-099-P-BL |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Report and Recommendation of the of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions in the report to which objections have been made, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Report and Recommendation of the United States Magistrate Judge, all pending motions are **DENIED,** and all Plaintiff's claims are **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915A(b)(1).

 If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

    SIGNED this 15th day of March, 2016.

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**